```
                        United States Bankruptcy Court
                         Central District of California
```

In re:                                                                  Case No. 11-41186-DS
Joseph Orozco                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6            User: dsapronet              Page 1 of 2              Date Rcvd: Jan 19, 2012
                                Form ID: b18                 Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2012.
```
db            +Joseph Orozco, Jr,    12891 Indiana Avenue #38,    Riverside, CA 92503-4679
30406481      +C. Fred Cassity,    The Law Offices of Cassity and,    Sommers,    300 N Lake Ave, Ste 928,
                Pasadena, CA 91101-4106
30406482      +Carrington Mortgage Se,    1610 E Saint Andrew Place, Ste B150,    Santa Ana, CA 92705-4931
30406483      +Fin Cr Netwk,    1300 W Main St,    Visalia, CA 93291-5825
30406485      +Gmac Mortgage,    3451 Hammond Ave,    Waterloo, IA 50702-5300
30406487      +Lamont Hanley & Associ,    1138 Elm St,    Manchester, NH 03101-1531
30406488      +Maria Sanchez,    2664 Glenrose Ave,    Altadena, CA 91001-5065
30406489      +Metro Rep Comm Svc Inc,    Po Box 1357,    Corona, CA 92878-1357
30406490      +Money Control / Collection Agency,    Po Box 49990,    Riverside, CA 92514-1990
30406491      +Pinnacle Credit Serivc,    Po Box 640,    Hopkins, MN 55343-0640
30406492      +Prime Business Service,    7130 Magnolia Ave,    Riverside, CA 92504-3840
30406493      +Progressive Mgmt Syste,    1521 W Cameron Ave Fl 1,    West Covina, CA 91790-2738
30406494      +Sce,    Po Box 9004,    San Dimas, CA 91773-9004
30406495      +Staniscontr,    914 14th St,    Modesto, CA 95354-1011
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            EDI: EDD.COM Jan 20 2012 04:23:00     Employment Development Dept.,    Bankruptcy Group MIC 92E,
                P.O. Box 826880,    Sacramento, CA  94280-0001
smg            EDI: CALTAX.COM Jan 20 2012 04:23:00     Franchise Tax Board,    Bankruptcy Section MS: A-340,
                P.O. Box 2952,    Sacramento, CA  95812-2952
30406478      +E-mail/Text: BKNOTIFICATIONS@ALTURACU.COM Jan 20 2012 04:40:08     Altura Credit Union,
                Po Box 908,    Riverside, CA 92502-0908
30406479      +EDI: AMEREXPR.COM Jan 20 2012 04:23:00     American Express,    American Express Special Research,
                Po Box 981540,    El Paso, TX 79998-1540
30406480      +EDI: ACCE.COM Jan 20 2012 04:23:00     Asset Acceptance Llc,    Attn: Bankruptcy,    Po Box 2036,
                Warren, MI 48090-2036
30406484      +EDI: RMSC.COM Jan 20 2012 04:23:00     Gemb/discount Tires,    Po Box 981439,
                El Paso, TX 79998-1439
30406486      +E-mail/Text: BKNOTICES@EAFLLC.COM Jan 20 2012 04:28:38     Hilco Receivables,    Attn: Bankruptcy,
                1120 Lake Cook Road Suite B,    Buffalo Grove, IL 60089-1970
30406496      +EDI: TFSR.COM Jan 20 2012 04:23:00     Toyota Motor Credit Co,    2600 Michelson Dr Ste 50,
                Irvine, CA 92612-1550
                                                                                               TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 21, 2012**                             **Signature:** _Joseph Speetjens_

```
District/off: 0973-6          User: dsapronet              Page 2 of 2              Date Rcvd: Jan 19, 2012
                              Form ID: b18                 Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2012 at the address(es) listed below:
    Gregg A Eichler  on behalf of Debtor Joseph Orozco geichler@fransenandmolinaro.com
    Lynda T. Bui (TR)  trustee.ltranbui@shbllp.com, C115@ecfcbis.com
    United States Trustee (RS)  ustpregion16.rs.ecf@usdoj.gov
                                        TOTAL: 3

B18 (Official Form 18)(12/11)

## United States Bankruptcy Court
## Central District Of California

3420 Twelfth Street, Riverside, CA 92501−3819

# **DISCHARGE OF DEBTOR**

**DEBTOR INFORMATION:**
Joseph Orozco Jr

**BANKRUPTCY NO.**  6:11−bk−41186−DS

**CHAPTER**  7

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):   xxx−xx−7543
Employer Tax−Identification (EIN) No(s).(if any):  N/A
**Debtor Discharge Date:** 1/19/12

**Address:**
12891 Indiana Avenue #38
Riverside, CA 92503

   It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code). SEE THE BACK OF THIS ORDER FOR EXCEPTIONS AND OTHER IMPORTANT INFORMATION.

BY THE COURT,

Dated: January 19, 2012

**Kathleen J. Campbell**
Clerk of the Court

_____

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form b18−DIS Rev. 12/2011) VAN−30

14 − 6 / SAP

B18 (Official Form 18) Cont.
Rev.(12/11)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes;
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court, under section 523 of the Bankruptcy Code or other applicable law, specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.